IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR C. JOHNSON,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
| v.       ) | 1:13cv414-MHT |
| ) | (WO) |
| COFFEE COUNTY COMMISSION,  ) | |
| et al.,       ) | |
| ) | |
| Defendants.       ) | |

OPINION

Plaintiff filed this lawsuit against his employer and its leaders and supervisors asserting claims of race discrimination and retaliation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted in part and denied in part, and that defendants' motion to strike be denied as moot. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of September, 2015.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE