```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ARTHUR C. JOHNSON,            )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     1:13cv414-MHT
                              )         (WO)
COFFEE COUNTY COMMISSION,     )
et al.,                       )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 49) is adopted.

(2) Defendants' motion to dismiss (doc. no. 43) is granted to the extent that the following claims are dismissed without prejudice: purported claims arising under unspecified "federal laws;" the First Amendment claim contained in Count Two; and the disparate-impact claim contained in Count One.

(3) Defendants' motion to dismiss (doc. no. 43) is denied in all other respects.

(4) Defendants' motion to strike plaintiff's claims relating to unspecified "federal laws" (doc. no. 43) is denied as moot.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 9th day of September, 2015.

                               /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE